# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| LANNY LORENZO COPPIN, | : |
| Petitioner, | : |
| v. | : Case No. 1:12-cv-53 (WLS) |
| MARTY ALLEN, Warden, | : |
| Respondent. | : |

## ORDER

Before the Court is Petitioner Lanny Lorenzo Coppin's motion for leave to proceed *in forma pauperis* on appeal. (Doc. 29.) By Order dated October 3, 2013, the Court adopted the magistrate judge's recommendation that Coppin's 28 U.S.C. § 2254 petition be dismissed for various reasons. (Doc. 24.) In the same Order, the Court denied Coppin a certificate of appealability. (*Id.* at 3.) Because this Court held that Coppin is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal is **DENIED** as moot.

**SO ORDERED**, this    26th   day of November, 2013.

                                         /s/ W. Louis Sands
                                         **W. LOUIS SANDS, JUDGE**
                                         **UNITED STATES DISTRICT COURT**